**THE AMIN LAW GROUP, NV, LTD.**
Ismail Amin (9343)
Matthew S. Vesterdahl (15469)
Shawn D. Johnson (14552)
5852 S. Durango Dr., Suite 105
Las Vegas, NV 89113
Tel: 702.954.3861
iamin@talglaw.com
mvesterdahl@talglaw.com
sjohnson@talglaw.com

*Attorneys for Defendants*
ONE OF A KIND INVESTMENT USA HOLDINGS, LLC and
MATTHIEU V. LECUYER

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHEL PICCOLOTTO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ONE OF A KIND INVESTMENT USA HOLDINGS, LLC, a dissolved Florida limited liability company; MATTHIEU V. LECUYER, an individual; DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01645-RFB-DJA<br><br>**STIPULATION AND ORDER TO RE-SCHEDULE SETTLEMENT CONFERENCE CURRENTLY SCHEDULED FOR JUNE 8, 2022** |

Plaintiff, MICHAEL PICCOLOTTO ("Plaintiff") and Defendants, ONE OF A KIND INVESTMENT USA HOLDINGS, LLC and MATTHIEU V. LECUYER ("Defendants") through their respective counsel of record, stipulate as follows:

///

///

///

///

///

---

1
**STIPULATION AND ORDER TO RE-SCHEDULE SETTLEMENT CONFERENCE CURRENTLY SCHEDULED FOR JUNE 8, 2022**

1. Due to pre-existing schedule conflicts for both Plaintiff and Defendant, and their respective counsels, the Parties hereby request that the presently scheduled Settlement Conference on June 8, 2022, at 10:00 am be re-scheduled to a date after July 19, 2022 which is convenient for the settlement judge.

**IT IS SO AGREED AND STIPULATED:**

DATED: May __17__, 2022                                     DATED: May __17__, 2022

By: */s/ John Bragonje*_____             By: */s/ Ismail Amin*_____
   John Bragonje, Esq.                                             Ismail Amin, Esq.
   Nevada Bar No. 9519                                          Nevada Bar No. 9343
   **LEWIS ROCA ROTHGERBER**                       Matthew S. Vesterdahl, Esq.
   **CHRISTIE, LLP**                                               Nevada Bar No. 15469
   3993 Howard Hughes Parkway, Suite 600         Shawn D. Johnson, Esq.
   Las Vegas, NV 89169                                           Nevada Bar No. 14552
   Tel: 702.949.8200                                                 **THE AMIN LAW GROUP, LTD.**
   Fax: 702.949.8398                                                5852 S. Durango Dr., Suite 105
                                                                                Las Vegas, NV 89113
   *Attorneys for Plaintiff*                                           Tel: 702.954.3861
   MICHEL PICCOLOTTO                                       iamin@talglaw.com
                                                                                mvesterdahl@talglaw.com
                                                                                sjohnson@talglaw.com

                                                                                *Attorneys for Defendants*
                                                                                ONE OF A KIND INVESTMENT USA
                                                                                HOLDINGS, LLC and
                                                                                MATTHIEU V. LECUYER

**IT IS THEREFORE ORDERED** that the parties' stipulation is **granted.** The settlement conference is rescheduled for July 26, 2022 at 10:00 a.m.

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Dated: May 23, 2022