John Bragonje, Bar No. 9519
JBragonje@lewisroca.com
Adrienne Brantley-Lomeli, Bar No. 14486
ABrantley-Lomeli@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:    702.949.8200
Fax:    702.949.8398

*Attorneys for Plaintiff*
*Michel Piccolotto*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHEL PICCOLOTTO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ONE OF A KIND INVESTMENT USA HOLDINGS, LLC, a dissolved Florida limited liability company; MATTHIEU V. LECUYER, an individual; Does 1-10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01645-RFB-DJA<br><br>**STIPULATION AND [Proposed] ORDER TO RESCHEDULE SETTLEMENT CONFERENCE BECAUSE OF PLAINTIFF'S ILLNESS** |

### STIPULATION

1. This Court previously scheduled a settlement conference that was set to occur on July 26, 2022. (*See* ECF Nos. 14, 15, 17.)

2. On July 22, 2022, undersigned counsel for the plaintiff learned for the first time that plaintiff Michel Piccolotto had contracted COVID-19, that plaintiff was bedridden, and, as a consequence was unable to return to his home country of France.  He has been detained or delayed in Senegal, West Africa.  The undersigned counsel provided proof of plaintiff's positive test and an airline ticket showing his delayed return to France, set for August 5, 2022.  (Plaintiff was originally set to return to France on July 22, 2022.)

118336878.1

3. Mr. Piccolotto asked the undersigned counsel to convey that because of his illness, because his assistant is not with him in Senegal, and because he lacks the facilities in Senegal to participate in the video conference, he is unable to participate in the scheduled conference.

4. Undersigned counsel immediately informed counsel for the defendants and the Court.

5. The Court indicated it would vacate the current date and reset a date that was mutually convenient to the parties.

6. The parties propose the following dates for the continued settlement conference: August 15, 16, 17, 18, or 23, 2022.

IT IS SO STIPULATED.

Dated this 25th day of July, 2022.

| LEWIS ROCA ROTHGERBER CHRISTIE LLP | THE AMIN LAW GROUP, NV, LTD. |
|---|---|
| By: */s/ John E. Bragonje*<br>John E. Bragonje, Bar No. 9519<br>Adrienne Brantley-Lomeli, Bar No. 14486<br>JBragonje@lewisroca.com<br>ABrantley-Lomeli@lewisroca.com<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>Tel: 702.949.8200<br><br>*Attorneys for Plaintiff Michel Piccolotto* | By: */s/ Ismail Amin*<br>Ismail Amin, Bar No. 9343<br>Mathew S. Vesterdahl, Bar No. 15469<br>iamin@talglaw.com<br>mvesterdahl@talglaw.com<br>5852 S. Durango Dr., Suite 105<br>Las Vegas, NV 89113<br><br>*Attorneys for Defendant One of a Kind USA Holdings, LLC and Matthieu V. Lecuyer* |

## ORDER

**IT IS THEREFORE ORDERED** that the Settlement Conference currently scheduled for July 26, 2022 is VACATED and RESET to **Monday, August 15, 2022** at **10:00 a.m.**

**IT IS FURTHER ORDERED** that all other provisions of the Court's prior Order (ECF No. 15) shall remain in effect.

DATED: July 25, 2022.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

118336878.1

- 2 -