John Bragonje, Bar No. 9519
JBragonje@lewisroca.com
Adrienne Brantley-Lomeli, Bar No. 14486
ABrantley-Lomeli@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:     702.949.8200
Fax:    702.949.8398

*Attorneys for Plaintiff*
*Michel Piccolotto*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHEL PICCOLOTTO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ONE OF A KIND INVESTMENT USA HOLDINGS, LLC, a dissolved Florida limited liability company; MATTHIEU V. LECUYER, an individual; Does 1-10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01645-RFB-DJA<br><br>Stipulation and Order re:<br>**SUBMISSION OF DATES FOR SETTLEMENT CONFERENCE** |

### DETAILS OF SUBMISSION

1.  This Court previously scheduled a settlement conference that was set to occur on July 26, 2022.  (*See* ECF Nos. 14, 15, 17, 20.)

2.  The parties and a translator appeared for a settlement conference on August 15, 2022; however, technical difficulties prevented the conference from proceeding.

3.  The Court ordered the parties to address the logistical issues that impeded the settlement conference and to submit five dates on which the settlement conference could resume. (*See* ECF No. 22.)

4.  The parties have conferred and submit the following dates for the Court's consideration: 6th, 7th, 8th, 14th, and 15th of September.

118609118.2

1  Dated this 30th day of August, 2022.

| LEWIS ROCA ROTHGERBER CHRISTIE LLP | THE AMIN LAW GROUP, NV, LTD. |
|---|---|
| By: */s/ John E. Bragonje*<br>John E. Bragonje, Bar No. 9519<br>Adrienne Brantley-Lomeli, Bar No. 14486<br>JBragonje@lewisroca.com<br>ABrantley-Lomeli@lewisroca.com<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV  89169<br>Tel: 702.949.8200 | By: */s/ Ismail Amin*<br>Ismail Amin, Bar No. 9343<br>Mathew S. Vesterdahl, Bar No. 15469<br>iamin@talglaw.com<br>mvesterdahl@talglaw.com<br>5852 S. Durango Dr., Suite 105<br>Las Vegas, NV 89113 |
| *Attorneys for Plaintiff Michel Piccolotto* | *Attorneys for Defendant One of a Kind USA Holdings, LLC and Matthieu V. Lecuyer* |

### ORDER

**IT IS THEREFORE ORDERED** that the settlement conference is rescheduled for **Wednesday, September 14, 2022 at 9:00 a.m**. via video conference.

DATED: September 1, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE