UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHEL PICCOLOTTO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ONE OF A KIND INVESTMENT USA HOLDINGS, LLC, a dissolved Florida limited liability company; MATTHIEU V. LECUYER, an individual; DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01645-RFB-EJY<br><br>**ORDER** |

Pending before the Court is the Motion to Withdraw as Counsel of Record for Michel Piccolotto. ECF No. 40. No response to the Motion was filed. The Motion states that Plaintiff has failed to pay for legal services performed by John E. Bragonje and Lewis Roca Rothgerber Christie, LLP as agreed when the representations began. The Motion further states good cause for withdrawal exists because, for reasons unknown, Plaintiff ceased to communicate with counsel.

Based on the foregoing, IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel of Record for Michel Piccolotto (ECF No. 40) is GRANTED.

IT IS FURTHER ORDERED that discovery on Plaintiff's claim of fraud, as it pertains to the release, is stayed for a period of 30 days measured from the date of this Order in order to provide Plaintiff an opportunity to retain new counsel.[1]  If new counsel for Plaintiff has not entered an appearance on the 30th day after the date of this Order, the discovery period will automatically restart and all dates on the scheduling order shall be advanced by 30 days.

---

[1] The Court notes a fully briefed Motion to Dismiss is pending. All discovery, other than discovery pertaining to Plaintiff's claim of fraud, is stayed. *See* ECF No. 39. The stay of all other discovery remains in effect. *Id*.

1

IT IS FURTHER ORDERED that Lewis Rocca Rothgerber Christie, LLP must mail and, if available, email a copy of this Order to Mr. Piccolotto and file a notice of compliance upon doing so.

Dated this 25th day of April, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE