**TALG, NV, LTD.**
Ismail Amin, Esq. (Bar No. 9343)
Marian L. Massey (Bar No. 14579)
Patrice S. Johnson (Bar No. 12283)
Jaklin Guyumjyan (Bar No. 16245)
5852 S. Durango Dr., Suite 105
Las Vegas, NV 89113
Telephone: (702) 954-3861
iamin@talglaw.com
mmassey@talglaw.com
pjohnson@talglaw.com
jguyumjyan@talglaw.com
*Attorneys for Defendants*
*One of a Kind Investment USA Holdings, LLC and*
*Matthieu V. Lecuyer*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHEL PICCOLOTTO, an individual, | Case No.: 2:21-cv-01645-RFB-DJA |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| ONE OF A KIND INVESTMENT USA HOLDINGS, LLC, a dissolved Florida limited liability company; MATTHIEU V. LECUYER, an individual; DOES 1-10, inclusive, | |
| Defendants. | |

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That judgment is entered in favor of Defendants One of a Kind Investment USA, LLC and Matthieu Lecuyer ("Defendants") and against Plaintiff Michel Piccolotto ("Plaintiff") in the amount of Sixty-Three Thousand Seven Hundred and Ten Dollars and Sixty-Two Cents ($63,710.62) as follows: (1) an award of Sixty-Two Thousand Six Hundred and Sixty-Five Dollars and Ten Cents ($62,665.10) for Defendants' attorneys' fees, which includes an award of Ten Thousand Two Hundred and Seventy Six Dollars and Seventy-Five Cents ($10,276.75) related to Plaintiff Piccolotto's discovery abuses; and (2) an award of One Thousand and Forty-Five Dollars and Fifty-Two Cents ($1,045.52) for Defendants' costs. Post-judgment interest will run at the rate of equal to the prime rate at the largest bank in Nevada as ascertained by the Commissioner of Financial Institutions immediately preceding the date of judgment, plus 2%, pursuant to NRS 17.13(2), from November 28, 2023, until satisfied.

December 20, 2023.
Date

HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE